UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-396(DSD/SRN)

Newleaf Designs, LLC,

Plaintiff,

v.

Bestbins Corporation,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: March 7, 2001

David S. Doty, Judge
U.S. District Court

FILED MAR 0 7 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Newleaf Designs, Inc.

vs. 01-396JRT/SRN

Bestbins Corporation

This action has been re-assigned to Judge John R.

Tunheim - same file number - same Magistrate Judge.