**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

NEWLEAF DESIGNS, LLC,

Plaintiff,

v.

BESTBINS CORPORATION,

Defendant.

Civil No. 01-396 (JRT/SRN)

**TEMPORARY RESTRAINING ORDER**

Michael S. Ryan, MURNANE, CONLIN, WHITE AND BRANDT, P.A., 1800 U.S. Bancorp Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101 and Mark A. Losey, ARTER & HADDEN, LLP, 10 West Broad Street, Suite 2100, Columbus, OH 43215, for plaintiff.

Eric Braaten and Charles Hollenhorst, NICKLAUS BRAATEN & HOLLENHORST, 500 Pine Street North, Suite 200, Chaska, MN, 55318, for defendant.

Plaintiff NewLeaf Designs has moved for a temporary restraining order. The Court has carefully reviewed the plaintiff's submission and has heard argument from the above-referenced counsel on the motion in a telephone conference on March 7, 2001.

Based on all of the files, records and proceedings herein, and upon the argument of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for a temporary restraining order is **GRANTED IN PART** [Docket No. 3].

FILED MAR 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

2. Until further order of this Court granting or refusing a preliminary injunction is issued herein, a temporary restraining order be and the same is hereby entered against defendant as follows:

a. Defendant shall provide written notification in print that is of sufficient size and in all capital letters to each customer before the customer places an order for gravity storage bins as follows:

> AT THIS TIME, THERE IS AN ISSUE CONCERNING WHETHER OR NOT THE COMPANY WILL BE ABLE TO FILL ORDERS FOR THIS PRODUCT. THE NECESSARY INFORMATION WILL NOT BE KNOWN UNTIL APRIL 10, 2001.

3. In accordance with Fed. R. Civ. P. 65(c), plaintiff has posted a bond with the Clerk in the amount of Ten Thousand Dollars ($10,000) for the payment of such costs and damages as may be incurred or suffered by defendant in the event defendant is found to have been wrongfully enjoined or restrained.

4. Plaintiff's Motion for Preliminary Injunction be and hereby is set for hearing before the undersigned on March 29, 2001, at 9:30 a.m. or as soon thereafter as counsel can be heard, in Courtroom 13E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

5. Defendant shall file and serve its responsive memorandum and affidavits no later than 5:00 p.m. on March 19, 2001. Plaintiff shall file and serve its reply memorandum and affidavits no later than 5:00 p.m. on March 23, 2001.

DATED: March 8, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge