164784

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| NEWLEAF DESIGNS, LLC, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: O1-396-JRT/SRN |
| | : | |
| vs. | : | |
| | : | **PETITION FOR ADMISSION** |
| BESTBINS CORPORATION, | : | ***PRO HAC VICE*** |
| | : | |
| Defendant. | : | |

**AFFIDAVIT OF MOVANT**

I, Michael S. Ryan, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Paul Giorgianni, an attorney admitted to practice in the U. S. District Courts for the Southern and Northern Districts of Ohio, but not admitted to the bar of this Courts, who will be co-counsel for the plaintiff, NewLeaf Designs, LLC, in the above-entitled action. I am aware that the Local Rules for this Court require that I participate in the presentation of the above-entitled case, and that I accept service of all papers served.

Michael S. Ryan #130643
MURNANE, CONLIN, WHITE AND
BRANDT, Professional Association
Attorneys for Plaintiff
1800 U.S. Bancorp Pipe Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: (651) 227-9411

Subscribed and sworn to before me
this 31st day of July, 2001

Eileen M. Kueppers
Notary Public

EILEEN M. KUEPPERS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005

AUG - 9 2001
...ETTEN, CLERK

**AFFIDAVIT OF PROPOSED ADMITTEE**

I, Paul Giorgianni, am currently a member in good standing of the U.S. District Courts for the Southern and Northern Districts of Ohio, but not admitted to the bar of this Court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matter, and must accept service of all papers served.

Paul Giorgianni

Paul Giorgianni
Supreme Court of Ohio No. 0064806
THOMPSON HINE LLP
One Columbus, 7th Floor
10 West Broad Street
Columbus, Ohio 43215-3435
Telephone: (614) 469-3200
Facsimile: (614) 469-3361

Subscribed and sworn to before me
this 23 day of July, 2001

Nita Hansen

Notary Public

NITA L. HANSON
NOTARY PUBLIC - STATE OF OHIO
MY COMMISSION EXPIRES MAY 15, 2006

**MOTION GRANTED:**

FOR THE COURT

Richard D. Sletten

~~Francis E. Dosal~~, Clerk

Dated: AUG 0 . 2001

NOTE: The original of this form and the *Pro Hac Vice* admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500