**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

NEWLEAF DESIGNS, LLC,

Plaintiff,

v.

BESTBINS CORPORATION,

Defendant.

Court File No. 01-396 JRT/SRN

**ORDER GRANTING LEAVE TO AMEND**

---

Plaintiff Newleaf Designs, LLC filed a motion for leave to file and serve Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1. The parties have agreed and stipulated to plaintiff's motion for leave to file and serve Plaintiff's First Amended Complaint and plaintiff has filed with the Court the Stipulation To File and Serve Plaintiff's First Amended Complaint.

The Court, based on the Stipulation To File and Serve Plaintiff's First Amended Complaint, makes the following:

**ORDER**

Pursuant to the Stipulation of the parties, Plaintiff is granted leave to file and serve Plaintiff's First Amended Complaint.

Dated: September 6, 2001

BY THE COURT:

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______