UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

NewLeaf Designs, LLC,

Plaintiff,

v.

BestBins Corporation,
John Williams, and
Robert Groenevelt,

Defendants.

CIVIL NO. 01-396 (JRT/SRN)

STIPULATED ORDER

STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, through their respective undersigned counsel:

1. That Plaintiff, NewLeaf Designs, LLC, may file and serve Plaintiff's Second Amended Complaint in the above-entitled action, a proposed copy of which was provided to this Court with Plaintiff's Motion to Amend its Complaint.

2. That this Court's Scheduling Order shall be amended to add sixty days to the discovery cut-off date, non-dispositive motion date, dispositive motion date and trial date.

3. That Plaintiff's Counsel shall provide to Counsel for Defendants a Right to Review Records form directed to the United States Patent Office and its Document Disclosure Program regarding any and all submissions from NewLeaf Designs, Inc., NewLeaf Designs, LLC, Eric Rivkin, and John Bunch pertaining to Disclosure Document Nos. 424,760 and 452,799

FILED FEB 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. That the United States Patent Office and its Document Disclosure Program shall release to Defendants' counsel all submissions from NewLeaf Designs, Inc., NewLeaf Designs, LLC, Eric Rivkin, and John Busch pertaining to Disclosure Document Nos. 424,760 and 452,799. Defendants' counsel shall provide Plaintiffs' counsel with a complete set of copies of all documents received from the United States Patent Office under paragraph 3 of this Stipulated Order.

**ATTORNEYS FOR PLAINTIFF**

By: ______________________
THOMPSON HINE LLP
Charles E. Ticknor III, Esq., ID No. __________
One Columbus
10 West Broad Street
Columbus, OH 43215-3435
Telephone: 614-469-3200

Date: 2-7-02

**ATTORNEYS FOR DEFENDANTS**

By: ______________________
NICKLAUS, BRAATEN & HOLLENHORST
Eric J. Braaten, Esq., ID No. 248502
500 Pine Street North, Suite 200
Chaska, MN 55318
Telephone: 952-448-4747

Date: 2.7.02

**ATTORNEYS FOR PLAINTIFF**

By: ______________________
COUSINEAU, MCGUIRE & ANDERSON, CHARTERED
Susan D. Thurmer, Esq., ID No. 122543
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
Telephone: 952-546-8400

Date: 2/8/02

**IT IS SO ORDERED.**

Dated: February 8, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge