**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

NewLeaf Designs, LLC,

Plaintiff,

vs.

BestBins Corporation, *et al.*,

Defendants.

CIVIL NO. 01-396 (JRT/SRN)

**R E L E A S E**

It is hereby acknowledged that Newleaf Designs, LLC, the Plaintiff, having complied with all of the Orders and Decrees of the Court and with the provisions of law is discharged from the Temporary Restraining Order.

It is hereby ordered that Newleaf Designs, LLC and the Fidelity and Deposit Company of Maryland are discharged from their obligations under Bond No. 8511812.

March 20, 2002
Date

John R. Tunheim
Judge

306714.1

FILED MAR 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK