**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

NewLeaf Designs, LLC,

Plaintiff,

vs.

BestBins Corporation,
John Williams, and
Robert Groeneveldt

Defendants.

CIVIL NO. 01-396 (JRT/SRN)

**ORDER TO STAY PROCEEDING**

One of the defendants in the above-captioned matter, John Williams, has commenced a bankruptcy proceeding pursuant to United States Code Chapter 11. The Court File Number of the bankruptcy action is 02-42107-NC. According to 11 U.S.C. § 362, a filing under Chapter 11 requires all other judicial proceedings involving the bankruptcy petitioner to be stayed until the completion of the bankruptcy proceeding. Accordingly,

**IT IS HEREBY ORDERED**, that

All action in the above-captioned matter is stayed until this Court is notified that the bankruptcy proceedings have been completed, or such other relief is granted from the requirements of 11 U.S.C. § 362, and until a new scheduling order is issued, resuming action in this matter.

BY THE COURT:

Dated: August 1, 2002

Susan Richard Nelson
The Honorable Susan R. Nelson
Magistrate Judge of District Court

AUG 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK