**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | | |
|---|---|---|
| NewLeaf Designs, Inc., | : | |
| | : | Case No. 01-CV-00396-JRT/SRN |
| Plaintiff, | : | |
| v. | : | Judge John R. Tunheim |
| | : | Magistrate Susan R. Nelson |
| BestBins Corporation, *et al.*, | | : |
| | : | |
| Defendants. | : | |

---

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that counsel for the Plaintiff, **Charles E. Ticknor, III** and **Paul Giorgianni**, have changed their law firm affiliation and address to the following:

**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP**
**191 West Nationwide Boulevard, Suite 300**
**Columbus, Ohio 43215-2568**
**Tel: (614) 221-8448**
**Fax: (614) 221-8590**

Dated: January 31 2006

**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP**

s/Michael S. Ryan

Charles E. Ticknor III (Ohio 0042559)
Paul Giorgianni (Ohio 0064806)
Buckingham, Doolittle & Burroughs, LLP
191 West Nationwide Boulevard, Suite 300
Columbus, Ohio 43215-2568
Tel: (614) 221-8448
Fax: (614) 221-8590
CTicknor@bdblaw.com
PGiorgianni@bdblaw.com

And

Michael S. Ryan
Murnane Brandt, PA
30 E. 7th St., Suite 3200
St. Paul, MN 55101
Tel: (651) 227-9411;
Fax: (651) 223-5199
mryan@murnane.com

*Attorneys for Plaintiff*