**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**NewLeaf Designs, Inc., v. BestBins Corporation et al.**
**Civil No 01-CV-00396-JRT/SRN**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I have caused the following documents:

1. Notice of Change of Address.

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Eric J Braaten**
  ebraaten@nbhlaw.com
- **Michael S Ryan**
  mryan@murnane.com cclose@murnane.com ; ddulyn@murnane.com
- **Susan D Thurmer**
  sthurmer@cousineaulaw.com

and I certify that I caused a copy of the Notice of Change of Address to be mailed by first-class mail, postage prepaid, as noted below, to the following:

**Paul Giorgianni**
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 West Nationwide Boulevard, Suite 300
Columbus, Ohio 43215-2568

**Mark A Losey**
CALFEE HALTER & GRISWOLD
21 E State St Ste 1100
Columbus, OH 43215-4243

**Charles E Ticknor, III**
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 West Nationwide Boulevard, Suite 300
Columbus, Ohio 43215-2568

MURNANE BRANDT

Dated: January 31, 2006

s/*Michael S. Ryan*
Michael S. Ryan, #130643
Attorneys for Plaintiff
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411